# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Mario Hipolito Gonzalez-Adame,<br>A094 983 544<br>*Defendant* | ) ) ) ) ) ) ) ) Case No. 17-7545 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Mario Hipolito Gonzalez-Adame, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Paso del Norte, Texas, on or about July 3, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Sworn to telephonically on:

Date: November 4, 2017

*Judge's signature*

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 3, 2017, Border Patrol Agent Coty McKenize and Supervisory Border Patrol Agent Benjamin Hyink encountered an individual near Gila Bend, in the District of Arizona. The agents identified themselves as United States Border Patrol Agents and performed an immigration inspection on the individual. The individual, later identified as Mario Hipolito Gonzalez-Adame, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Gonzalez-Adame was transported to the Ajo Border Patrol Station for further processing. Gonzalez-Adame was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Mario Hipolito Gonzalez-Adame to be a citizen and national of Mexico and a previously removed alien. Mario Hipolito Gonzalez-Adame was removed from the United States to Mexico through Paso del Norte,

1

Texas, on or about July 3, 2008, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Mario Hipolito Gonzalez-Adame in any Department of Homeland Security database to suggest that Gonzalez-Adame obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Adame's immigration history was matched to him by electronic fingerprint comparison.

4. On November 3, 2017, Mario Hipolito Gonzalez-Adame was advised of his constitutional rights. Gonzalez-Adame freely and willingly acknowledged his rights and agreed to answer questions and provide a statement under oath. Gonzalez-Adame stated that his true and correct name is Mario Hipolito Gonzalez-Adame and that he is a citizen of Mexico. Gonzalez-Adame stated that he entered the United States illegally through an opening cut along the international boundary fence.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 3, 2017, Mario Hipolito Gonzalez-Adame, an alien, was found in the United States of America at or near Gila Bend, in the county of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Paso del Norte, Texas, on or about July 3, 2008, and not having obtained the express consent of the Secretary of

the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Christopher M. Baugh
U.S. Border Patrol Agent

Sworn to and subscribed telephonically
this 4th day of November, 2017.

_____
Bridget S. Bade
United States Magistrate Judge

3